UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

                    Plaintiff,                25-cv-5190 (JGK)

          - against -                         ORDER

J&P BANGKOK HOSPITALITY GROUP LLC,
ET AL.

                    Defendants.

---

JOHN G. KOELTL, District Judge:

    The initial conference originally scheduled for September 23,

2025 is adjourned to **October 23, 2025, at 12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
          September 17, 2025

                                    _____
                                         John G. Koeltl
                                    United States District Judge