UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GRACIELA DONCOUSE,

              Plaintiff,          25-cv-5190 (JGK)

    - against -             ORDER

J&P BANGKOK HOSPITALITY LLC, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    Under Rule 12(a) of the Federal Rules of Civil Procedure, the time for the defendants to answer was July 30, 2025. The Court extended the time for defendants to answer until September 23, 2025. To date, no answer or response has been filed.

    The time for the defendants to respond to the complaint is extended to **October 9, 2025**. If the defendants fail to respond to the complaint by that date, the plaintiff may move by order to show cause for a default judgment by **October 16, 2025**. If the plaintiff fails to move for a default judgment by that date, the case may be dismissed without prejudice for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
            September 25, 2025

                                                John G. Koeltl
                                     United States District Judge