# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

**Jeffrey C. Chancas**
Partner
JChancas@borahgoldstein.com
O: (212) 431-1300, Ext. 900

October 6, 2025

<u>Via ECF</u>

Honorable John G. Koeltl
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street – Courtroom 14A
New York, New York 10007-1312

> *[Handwritten endorsement:]* The time for the Defendants to answer is extended to October 31, 2025. The conference scheduled for October 23, 2025 is canceled. SO ORDERED. 10/9/25 /s/ John G. Koeltl USDJ

Re:   Graciela Doncouse v. J&P Bangkok Hospitality LLC &
      The Setareh Family Limited Partnership
      United States District Court
      Southern District of New York
      <u>Case No. 25-cv-05190-JGK</u>

Honorable Judge Koeltl:

This firm has just recently been retained to represent Defendant The Setareh Family Limited Partnership ("Setareh") in the above-referenced matter. Setarah is the landlord of the subject premises. Co-Defendant J&P Bangkok Hospitality LLC ("J&P") is the tenant of the premises.

I respectfully request that the Court adjourn the Initial Pretrial Conference (the "Conference") [Dkt. Entry from 6/28/25 & Dkt. #10], currently scheduled for October 23, 2025, at 12:00 p.m. to a date and time convenient for the Court after October 31, 2025.

This request is with the consent of Plaintiff's counsel.

Also, Setareh respectfully requests an extension of time for both Defendants to answer, move, or otherwise respond to the Complaint, until October 31, 2025.

This is Setareh's first request to extend the answer deadline and is with the consent of Plaintiff's counsel, although the Court granted a request made by Plaintiff's counsel [Dkt. #8] and, *sua sponte*, granted an extension of the answer deadline until October 9, 2025. This is the first request by the Defendants to adjourn the Conference and extend the answer deadline .

Manhattan Office | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • **For delivery of all papers**
Queens Office | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com

# BORAH GOLDSTEIN
## ALTSCHULER NAHINS & GOIDEL, P.C.

Hon. John G. Koeltl
United States District Judge
October 6, 2025
Page 2 of 2

      The requests for the extension of the Answer deadline and the adjournment of the Conference are being made to afford the parties time to discuss settlement, which is currently ongoing and making progress, to review the allegations of the Complaint, to afford J&P time to retain counsel, if need be should the parties not settle, and to deal with a potential procedural issue.

      Three days after the filing of the Complaint herein, another plaintiff filed an action, represented by another counsel, also based upon alleged violations of the Americans with Disabilities Act against Setareh, J&P and Setareh's principals and against the same property as in this case. That action, *Carlos Ruiz Florez v. Setareh Family Limited Partnership, et al. & J&P Bangkok Hospitality LLC*, 25-cv-05227-AS, is pending before Judge Subramanian, with a conference date currently scheduled for November 4, 2025, and an answer deadline of October 31, 2025.

      All counsel and parties are trying to resolve the cases globally; however, if that does not occur, then some determinations regarding consolidation, or whatever, may need to be made.

      These requests do not interfere with any other scheduled dates

      Wherefore, I respectfully request that the Court grant this letter motion.

      Thank you.

                                   Respectfully submitted,

                                   */s/Jeffrey C. Chancas*
                                   JEFFREY C. CHANCAS

Manhattan Office | 377 Broadway • New York, New York • T: (212) 431-1300 • F: (212) 334-0960 • For delivery of all papers
Queens Office | 108-18 Queens Boulevard • Forest Hills, New York • 11375 • T: (718) 263-6611 • F: (718) 263-8272
www.borahgoldstein.com